UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 18-cv-02830 (JPO)<br><br>CLASS ACTION |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants HSBC Holdings plc, HSBC Bank plc, HSBC Securities (USA) Inc., HSBC Markets (USA) Inc., HSBC México S.A., Institución de Banca Múltiple, Grupo Financiero HSBC, HSBC North America Holdings Inc. and HSBC Latin America Holdings (UK) Limited, by their attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, state as follows:

1. HSBC Holdings plc has no parent corporation and no publicly traded company owns 10% of the shares in HSBC Holdings plc.  Shares of HSBC Holdings plc are traded on certain foreign stock exchanges and are traded over the counter in the United States as sponsored American depository receipts.

2. HSBC Bank plc is a public limited liability company organized under the laws of England and Wales, and is not a publicly traded company.  HSBC Bank plc is a wholly owned subsidiary of HSBC Holdings plc.

3. HSBC Securities (USA) Inc. is a corporation organized under the laws of the State of Delaware, and is not a publicly traded company.  HSBC Securities (USA) Inc. is a wholly owned subsidiary of HSBC Markets (USA) Inc., which, in turn, is a wholly owned subsidiary of HSBC North America Holdings Inc., which, in turn, is a wholly owned subsidiary

of HSBC Overseas Holdings (UK) Limited, which, in turn, is a wholly owned subsidiary of HSBC Holdings plc.

4. HSBC Markets (USA) Inc. is a corporation organized under the laws of the State of Delaware, and is not a publicly traded company. HSBC Markets (USA) Inc. is a wholly owned subsidiary of HSBC North America Holdings Inc., which, in turn, is a wholly owned subsidiary of HSBC Overseas Holdings (UK) Limited, which, in turn, is a wholly owned subsidiary of HSBC Holdings plc.

5. HSBC México S.A., Institución de Banca Múltiple, Grupo Financiero HSBC is a corporation organized under the laws of Mexico, and is not a publicly traded company. HSBC México S.A., Institución de Banca Múltiple, Grupo Financiero HSBC is a 99.99 percent owned subsidiary of Grupo Financiero HSBC, S.A. de C.V., which, in turn, is a 99.99 percent owned subsidiary of HSBC Latin America Holdings (UK) Limited, which, in turn, is a wholly owned subsidiary of HSBC Holdings plc.

6. HSBC North America Holdings Inc. is a corporation organized under the laws of the State of Delaware, and is not a publicly traded company. HSBC North America Holdings Inc. is a wholly owned subsidiary of HSBC Overseas Holdings (UK) Limited, which, in turn, is a wholly owned subsidiary of HSBC Holdings plc.

7. HSBC Latin America Holdings (UK) Limited is a private limited company organized under the laws of England and Wales, and is not a publicly traded company. HSBC Latin America Holdings (UK) Limited is a wholly-owned subsidiary of HSBC Holdings plc.

Defendants make this filing without waiving and expressly reserving all rights and defenses under Federal Rule of Civil Procedure 12(b) including, but not limited to, lack of personal jurisdiction.

Dated: September 12, 2018

Respectfully submitted

 /s/  Boris Bershteyn
Boris Bershteyn
Susan L. Saltzstein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone:  (212) 735-3000
Facsimile:  (212) 735-2000
boris.bershteyn@skadden.com
susan.saltzstein@skadden.com

*Attorneys for Defendants HSBC Holdings plc, HSBC Bank plc, HSBC Securities (USA) Inc., HSBC Markets (USA) Inc., HSBC México S.A., Institución de Banca Múltiple, Grupo Financiero HSBC, HSBC North America Holdings Inc. and HSBC Latin America Holdings (UK) Limited*

3