

December 9, 2019

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    <u>*In re Mexican Government Bonds Antitrust Litigation*, No. 1:18-cv-02830</u>

Dear Judge Oetken:

      We represent Plaintiffs and write with Defendants' consent. The parties have followed the process set forth in Defendants' October 23, 2019 Letter (ECF No. 161) and endorsed by the Court in its October 24, 2019 Order. *See* ECF No. 162. Plaintiffs have shared the draft Proposed Second Consolidated Amended Class Action Complaint ("PSAC") with Defendants, and Defendants have advised us that they will not oppose Plaintiffs' filing the PSAC on the docket as the Second Consolidated Amended Class Action Complaint ("SAC") and will instead move to dismiss the SAC once filed. Accordingly, Plaintiffs are filing the SAC on the Court's docket today pursuant to the Court's October 23, 2019 Order.

      Following a meet-and-confer, the parties have also agreed to a briefing schedule for Defendants' motion to dismiss the SAC, as required by the Court's October 24, 2019 Order. *See* ECF No. 162. The SAC names one additional party as a Defendant. Plaintiffs will promptly serve the new Defendant and request its position on the parties' agreed briefing schedule. The parties will then file the proposed schedule on the Court's docket.

      We of course will make ourselves available at the Court's convenience to discuss these matters should the Court so desire.

      Respectfully submitted,

      /s/Vincent Briganti

Vincent Briganti
44 South Broadway
White Plains, NY 10601
Tel.: (914) 997-0500
Fax: (914) 997-0035
Email: vbriganti@lowey.com

*Interim Lead Counsel for the Proposed Class*

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
One Tower Bridge, 100 Front Street, Suite 520, West Conshohocken, PA 19428 (p) 215-399-4770 (f) 610-862-9777