UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION <br><br> This Document Pertains To: <br><br> *ALL ACTIONS* | No.: 18-cv-02830 (JPO) <br><br> ORAL ARGUMENT REQUESTED |

# NOTICE OF MOVING DEFENDANTS' JOINT MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, FOR LACK OF PERSONAL JURISDICTION, AND IMPROPER VENUE

PLEASE TAKE NOTICE that, upon the accompanying memoranda of law, supporting declarations, the exhibits annexed thereto, and all other papers and proceedings herein, Moving Defendants[1] will move this Court, before the Honorable J. Paul Oetken, United States District Judge, United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a date and time to be determined by the Court, for an Order dismissing with prejudice the claims asserted against Moving Defendants in the above-captioned action pursuant to Rules 12(b)(2), (3), and (6) of the Federal Rules of Civil Procedure. The bases for the motion are set forth in the accompanying (i) Moving Defendants' Memorandum of Law In Support of Their Joint Motion to Dismiss for Failure to State a Claim; and (ii) Memorandum of Law In Support of Moving Defendants' Joint Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue.

---

[1] Banco Nacional de México, S.A., Institución de Banca Múltiple, Grupo Financiero Banamex; Banco Santander (México), S.A., Institución de Banca Múltiple, Grupo Financiero Santander México; Bank of America México, S.A., Institución de Banca Multiple, Grupo Financiero Bank of America; BBVA Bancomer S.A., Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer; Deutsche Bank México, S.A., Institutión de Banca Múltiple; HSBC México, S.A., Institución de Banca Múltiple, Grupo Financiero HSBC.

Dated: February 21, 2020            Respectfully submitted,

                                     /s/ Adam S. Hakki
                                     Adam S. Hakki
                                     K. Mallory Brennan
                                     Dennis D. Kitt
                                     SHEARMAN & STERLING LLP
                                     599 Lexington Avenue
                                     New York, New York 10022
                                     Tel:  (212) 848-4000
                                     Fax:  (212) 848-7179
                                     ahakki@shearman.com
                                     mallory.brennan@shearman.com
                                     dennis.kitt@shearman.com

*Attorneys for Defendant Bank of America Mexico, S.A., Institución de Banca Múltiple, Grupo Financiero Bank of America*


                                     /s/ Arthur J. Burke (on consent)[2]
                                     Arthur J. Burke
                                     Paul S. Mishkin
                                     Adam G. Mehes
                                     DAVIS POLK & WARDWELL LLP
                                     450 Lexington Avenue
                                     New York, New York 10017
                                     Tel:  (212) 450-4000
                                     Fax:  (212) 450-4800
                                     arthur.burke@davispolk.com
                                     paul.mishkin@davispolk.com
                                     adam.mehes@davispolk.com

*Attorneys for Defendant BBVA Bancomer, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer*

---

[2] Moving Defendants have used electronic signatures with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.

/s/ Boris Bershteyn
Boris Bershteyn
Susan Saltzstein
Kamali P. Willett
Leonardo Villalobos
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
4 Times Square
New York, New York 10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000
boris.bershteyn@skadden.com
susan.saltzstein@skadden.com
kamali.willett@skadden.com
leonardo.villalobos@skadden.com

*Attorneys for Defendant HSBC México, S.A., Institucion de Banca Múltiple, Grupo Financiero HSBC*


/s/ Alan Schoenfeld
Alan Schoenfeld
WILMER CUTLER PICKERING HALE
AND DORR LLP
250 Greenwich Street, 45 Floor
New York, New York 10007
Tel:  (212) 937-7294
Fax:  (212) 230-8888
alan.schoenfeld@wilmerhale.com

Steven F. Cherry
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20006
Tel:  (202) 663-6321
Fax:  (202) 663-6363
steven.cherry@wilmerhale.com

*Attorneys for Defendant Banco Santander (Mexico) S.A. Institución de Banca Múltiple, Grupo Financiero Santander Mexico*

<u>/s/ Lev L. Dassin</u>
Lev L. Dassin
Roger A. Cooper
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Tel:  (212) 225-2000
Fax:  (212) 225-3999
ldassin@cgsh.com
racooper@cgsh.com

Leah Brannon
CLEARY GOTTLIEB STEEN &
HAMILTON LLP
2112 Pennsylvania Avenue, N.W.
Washington, District of Columbia 20037
Tel:  (202) 974-1500
Fax:  (202) 974-1999
lbrannon@cgsh.com

*Attorneys for Defendant Banco Nacional de Mexico, S.A., Institucion de Banca Multiple, Grupo Financiero Banamex*

/s/ John Terzaken
John Terzaken
Karen M. Porter
Jonathan R. Myers
SIMPSON THACHER & BARTLETT LLP
900 G Street, N.W.
Washington, District of Columbia 20001
Tel:  (202) 636-5500
Fax:  (202) 636-5502
john.terzaken@stblaw.com
karen.porter@stblaw.com
jonathan.myers@stblaw.com

Jonathan K. Youngwood
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel:  (212) 455-3539
Fax:  (212) 455-2502
jyoungwood@stblaw.com

*Attorneys for Defendant Deutsche Bank México, S.A. Institución de Banca Múltiple*