UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION | Master Docket No. 18-cv-02830 (JPO) |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**STIPULATION AND (PROPOSED) ORDER REGARDING SUBSTITUTION OF COUNSEL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel pursuant to Local Civil Rule 1.4 and subject to the Court's approval, the undersigned hereby stipulate and consent to the substitution of the law firm CALCATERRA LAW GROUP LLP, by and through its attorney Regina M. Calcaterra, as counsel of record for Plaintiffs Manhattan and Bronx Surface Transit Operating Authority Pension Plan and Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust (collectively the "Plaintiffs"), in the above-captioned action in place of and instead of the law firm of WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP. The undersigned hereby request this Court to so-order the substitution. All notices required to be given and all papers filed or served in this action should henceforth be served upon counsel at the address set for the below for incoming counsel. A supporting declaration pursuant to Local Civil Rule 1.4 is filed herewith.

Dated: April 9, 2020

Respectfully submitted,

| | |
|---|---|
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** | **CALCATERRA LAW GROUP LLP** |
| By: /s/ Fred T. Isquith<br>Fred. T. Isquith, Sr.<br>270 Madison Avenue<br>New York, NY 10016<br>Isquith@whafh.com<br>Tel: 212-545-4600 | By: /s/ Regina M. Calcaterra<br>Regina M. Calcaterra<br>1140 Avenue of the Americas, 9th Floor<br>New York, NY 10036-5803<br>rcalcaterra@calcaterra.law<br>Tel: 212-899-1760 |
| *Outgoing Counsel for Plaintiffs* | *Incoming Counsel For Plaintiffs* |

**Consented To:**

I consent to the above substitution.
Dated: April 9, 2020

By: [signature]
Ivy B. Stempel
Metropolitan Transportation Authority
2 Broadway, 4th Flr.
New York, NY 10004

*Counsel for Manhattan and Bronx Surface Transit Operating Authority Pension Plan and Metropolitan Transportation Authority Defined Benefit Public Pension Master Trust*

SO ORDERED:

_____

Hon. J. Paul Oetken

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION | Master Docket No. 18-cv-02830 (JPO) |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**DECLARATION OF REGINA M. CALCATERRA IN SUPPORT OF NOTICE, STIPULATION AND (PROPOSED) ORDER REGARDING SUBSTITUTION OF COUNSEL**

I, Regina M. Calcaterra, swear or affirm as follows:

1. I am an attorney admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York. I am a partner of the law firm Calcaterra Law Group LLP.

2. I respectfully submit this declaration, pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, in support of the stipulation and order substituting Calcaterra Law Group LLP as counsel of record for plaintiffs Manhattan and Bronx Surface Transit Operating Authority Pension Plan and Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust (collectively the "Plaintiffs") in the above-captioned case.

3. Until recently, I was a partner at Wolf Haldenstein Adler Freeman & Herz LLP. I have recently formed the law firm Calcaterra Law Group LLP.

4. As evidenced by the Stipulation and (Proposed) Order of Substitution of Counsel submitted herewith, the Plaintiffs and Wolf Haldenstein Adler Freeman & Herz LLP consent to the proposed substitution.

5. The substitution of counsel is not being made to delay or in any way hinder the orderly progress of this case.

Accordingly, Plaintiffs and the undersigned respectfully request that this Court so-order the accompanying Stipulation and Proposed Order substituting counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Suffolk, New York
April 9, 2020

/s/ Regina M. Calcaterra
Regina M. Calcaterra

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on that on April 9, 2020, a true and correct copy of the foregoing was electronically filed using the Court's CM/ECF system, which will provide electronic notice to all counsel of record in this action.

**CALCATERRA LAW GROUP LLP**

By: /s/ Regina M. Calcaterra
Regina M. Calcaterra
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
rcalcaterra@calcaterra.law
Tel: 212-899-1760