UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION | Master Docket No. 18-cv-02830 (JPO) |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

### <u>STIPULATION AND ORDER REGARDING SUBSTITUTION OF COUNSEL</u>

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel pursuant to Local Civil Rule 1.4 and subject to the Court's approval, the undersigned hereby stipulate and consent to the substitution of the law firm CALCATERRA LAW GROUP LLP, by and through its attorney Regina M. Calcaterra, as counsel of record for Plaintiffs Manhattan and Bronx Surface Transit Operating Authority Pension Plan and Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust (collectively the "Plaintiffs"), in the above-captioned action in place of and instead of the law firm of WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP. The undersigned hereby request this Court to so-order the substitution. All notices required to be given and all papers filed or served in this action should henceforth be served upon counsel at the address set for the below for incoming counsel. A supporting declaration pursuant to Local Civil Rule 1.4 is filed herewith.

Dated: April 9, 2020

Respectfully submitted,

| | |
|---|---|
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** | **CALCATERRA LAW GROUP LLP** |
| By: /s/ Fred T. Isquith<br>Fred. T. Isquith, Sr.<br>270 Madison Avenue<br>New York, NY 10016<br>Isquith@whafh.com<br>Tel: 212-545-4600 | By: /s/ Regina M. Calcaterra<br>Regina M. Calcaterra<br>1140 Avenue of the Americas, 9th Floor<br>New York, NY 10036-5803<br>rcalcaterra@calcaterra.law<br>Tel: 212-899-1760 |
| *Outgoing Counsel for Plaintiffs* | *Incoming Counsel For Plaintiffs* |

**Consented To:**

I consent to the above substitution.
Dated: April 9, 2020

By: /s/ Ivy B. Stempel
Ivy B. Stempel
Metropolitan Transportation Authority
2 Broadway, 4th Flr.
New York, NY 10004

*Counsel for Manhattan and Bronx Surface Transit Operating Authority Pension Plan and Metropolitan Transportation Authority Defined Benefit Public Pension Master Trust*

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

Dated: April 10, 2020
New York, New York