# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION | Master Docket No. 18-cv-02830 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**PLAINTIFFS' NOTICE OF MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BARCLAYS CAPITAL SECURITIES LIMITED, BARCLAYS BANK MÉXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO BARCLAYS MÉXICO, AND GRUPO FINANCIERO BARCLAYS MÉXICO, S.A. DE C.V. AND WITH  JPMORGAN CHASE & CO., J.P. MORGAN BROKER-DEALER HOLDINGS INC., J.P. MORGAN SECURITIES LLC, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, BANCO J.P. MORGAN, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, J.P. MORGAN GRUPO FINANCIERO, AND J.P. MORGAN SECURITIES PLC**

PLEASE TAKE NOTICE that, upon the accompany memorandum of law, the Declaration of Vincent Briganti dated June 1, 2020 and the exhibits attached thereto including the Settlement Agreements, and the record herein, Plaintiffs Oklahoma Firefighters Pension & Retirement System, Electrical Workers Pension Fund Local 103, I.B.E.W., Manhattan and Bronx Surface Transit Operating Authority Pension Plan, Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust, Boston Retirement System, Southeastern Pennsylvania Transportation Authority Pension Plan, United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund, and Government Employees' Retirement System of the Virgin Islands ("Plaintiffs"), by and through their undersigned counsel, will respectfully move this court, before the Honorable J. Paul Oetken, United States District Judge, at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York at a date and time to be determined by this Court, for an order granting Plaintiffs' motion for preliminary approval of the settlements with Defendants Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., Barclays Capital Securities Limited, Barclays Bank México, S.A., Institución de Banca Múltiple, Grupo Financiero Barclays México, and Grupo Financiero Barclays México, S.A. de C.V. (collectively, "Barclays") and with Defendants JPMorgan Chase & Co., J.P. Morgan Broker-Dealer Holdings Inc., J.P. Morgan Securities LLC, JPMorgan Chase Bank, National Association, Banco J.P. Morgan, S.A. Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, and J.P. Morgan Securities PLC (collectively, "JPMorgan") and the other relief set forth in the proposed order filed herewith.

Dated: June 1, 2020  
White Plains, New York

LOWEY DANNENBERG P.C.

/s/ Vincent Briganti  
Vincent Briganti  
Christian Levis  
Roland R. St. Louis, III  
44 South Broadway  
White Plains, NY 10601

1

Tel.: (914) 997-0500  
Fax: (914) 997-0035  
Email:  vbriganti@lowey.com  
       clevis@lowey.com  
       rstlouis@lowey.com  

*Plaintiffs' Lead Counsel*

Joseph J. Tabacco, Jr.  
Todd Seaver  
Carl N. Hammarskjold  
Colleen L. Cleary  
BERMAN TABACCO  
44 Montgomery Street, Suite 650  
San Francisco, CA 94104  
Tel.: (415) 433-3200  
Fax: (415) 433-6382  
Email:  jtabacco@bermantabacco.com  
       tseaver@bermantabacco.com  
       chammarskjold@bermantabacco.com  
       ccleary@bermantabacco.com  

Patrick T. Egan  
BERMAN TABACCO  
One Liberty Square  
Boston, MA 02109  
Tel.: (617) 542-8300  
Fax: (617)542-1194  
Email:  pegan@bermantabacco.com  

Scott Martin  
HAUSFELD LLP  
33 Whitehall Street  
14th Floor  
New York, NY 10004  
Tel.: (646) 357-1100  
Fax: (212) 202-4322  
Email:  smartin@hausfeld.com  

Michael D. Hausfeld  
Hilary K. Scherrer  
HAUSFELD LLP  
1700 K Street, NW  
Washington, DC 20006  
Tel.: (202) 540-7200  
Fax: (202) 540-7201  
Email:  mhausfeld@hausfeld.com  
       hscherrer@hausfeld.com

Michael P. Lehmann
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel.: (415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeld.com

Fred T. Isquith
Thomas H. Burt
Betsy S. Manifold
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
Email: isquith@whafh.com
 burt@whafh.com
 manifold@whafh.com

Christopher M. Burke
SCOTT+SCOTT ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
Email: cburke@scott-scott.com

Thomas K. Boardman
SCOTT & SCOTT ATTORNEYS AT LAW LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 519-0523
Fax: (212) 223-6334
Email: tboardman@scott-scott.com

John Radice
Daniel Rubenstein
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Tel.: (646) 245-8502
Fax: (609) 385-0745
Email: jradice@radicelawfirm.com
 drubenstein@radicelawfirm.com

Eric L. Young
SHEPHERD FINKELMAN
MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
Tel.: (610) 891-9880
Fax: (866) 300-7367
Email:  eyoung@sfmslaw.com

Lesley E. Weaver
Matthew S. Weiler
Emily C. Aldridge
BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
Email:  lweaver@bfalaw.com
        mweiler@bfalaw.com
        ealdridge@bfalaw.com

Javier Bleichmar
BLEICHMAR FONTI & AULD LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel.: (212) 789-1340
Fax: (212) 205-3960
Email:  jbleichmar@bfalaw.com

William J. Ban
Michael A. Toomey
BARRACK, RODOS & BACINE
11 Times Square
640 8th Avenue, 10th Floor
New York, NY 10022
Tel.: (212) 688-0782
Fax: (212) 688-0782
Email:  wban@barrack.com
        mtoomey@barrack.com

Jeffrey A. Barrack
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838

4

Email:  jbarrack@barrack.com
    jgittleman@barrack.com

Regina M. Calcaterra
James A. Aliaga
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036-5803
Tel: (212) 899-1760
Email:  rcalcaterra@calcaterrapollack.com
    jaliaga@calcaterrapollack.com

*Additional Counsel for Plaintiffs*