

July 23, 2021

**BY ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        RE: *In re Mexican Government Bonds Antitrust Litigation,* No. 1:18-cv-02830

Dear Judge Oetken,

        We write on behalf of Plaintiffs in the above-referenced action to respectfully request that the Court adjourn the upcoming Fairness Hearing from September 13, 2021 to October 28, 2021. If granted, this adjournment will reset certain deadlines measured in reference to the Fairness Hearing, as described in the Court's Orders preliminarily approving the settlements with Barclays[1] and JPMorgan[2] (ECF Nos. 223-24), including the following:

| Event | Original Date | New Date |
|---|---|---|
| Filing of motions for payment of attorneys' fees and reimbursement of Expenses, incentive awards, and for final approval of the Settlements (ECF No. 223 ¶ 36; ECF No. 224 ¶ 36) | July 26, 2021 | September 9, 2021 |
| Settlement Administrator to serve and file a sworn statement attesting to compliance with the Notice Program (ECF No. 223 ¶ 18; ECF No. 224 ¶ 18) | July 26, 2021 | September 9, 2021 |
| Deadline for any member of the Settlement Class or any governmental entity to file a statement of the objection or motion to intervene (ECF No. 223 ¶ 19; ECF No. 224 ¶ 19) | August 9, 2021 | September 23, 2021 |
| Deadline for any member of the Settlement Class to request exclusion from the Settlements | August 9, 2021 | September 23, 2021 |

---

[1] "Barclays" means Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., Barclays Capital Securities Limited, Barclays Bank México, S.A., Institución de Banca Múltiple, Grupo Financiero Barclays México, and Grupo Financiero Barclays México, S.A. de C.V.

[2] "JPMorgan" means JPMorgan Chase & Co., J.P. Morgan Broker- Dealer Holdings Inc., J.P. Morgan Securities LLC, JPMorgan Chase Bank, National Association, Banco J.P. Morgan, S.A. Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, and J.P. Morgan Securities plc.

www.lowey.com
44 South Broadway, Suite 1100, White Plains, NY 10601-4459 (p) 914-997-0500 (f) 914-997-0035
One Tower Bridge, 100 Front Street, Suite 520, West Conshohocken, PA 19428 (p) 215-399-4770 (f) 610-862-9777



The Honorable J. Paul Oetken
July 23, 2021
Page 2 of 2

| (Exclusion Bar Date) (ECF No. 223 ¶ 24; ECF No. 224 ¶ 24) | | |
|---|---|---|

This is Plaintiffs' first request for an adjournment of the Fairness Hearing. Barclays and JPMorgan consent to this request. The adjournment of the Fairness Hearing and the corresponding adjustment of the related deadlines will provide time for direct notice to be provided to additional potential Class Members that have been recently identified.

Plaintiffs submit that the requested extension is appropriate because it will conserve judicial resources and avoid imposing undue burdens on the parties. If this request is granted, the Settlement Administrator will post the updated deadlines on the Settlement website, and the newly identified potential Class Members will receive direct notification of the new deadlines.

Respectfully submitted,

/s/ Vincent Briganti

cc: Counsel of Record (via ECF)

So ordered.
The fairness hearing is adjourned to October 28, 2021, at 4:30 p.m.
Dated July 26, 2021

_____
J. PAUL OETKEN
United States District Judge