UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION | Master Docket No. 18-cv-02830 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**PLAINTIFFS' NOTICE OF MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENTS WITH BARCLAYS PLC, BARCLAYS BANK PLC, BARCLAYS CAPITAL INC., BARCLAYS CAPITAL SECURITIES LIMITED, BARCLAYS BANK MÉXICO, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, GRUPO FINANCIERO BARCLAYS MÉXICO, AND GRUPO FINANCIERO BARCLAYS MÉXICO, S.A. DE C.V. AND WITH JPMORGAN CHASE & CO., J.P. MORGAN BROKER-DEALER HOLDINGS INC., J.P. MORGAN SECURITIES LLC, JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, BANCO J.P. MORGAN, S.A. INSTITUCIÓN DE BANCA MÚLTIPLE, J.P. MORGAN GRUPO FINANCIERO, AND J.P. MORGAN SECURITIES PLC**

**PLEASE TAKE NOTICE** that, on October 28, 2021 at 4:30 p.m. before the Honorable J. Paul Oetken, United States District Judge, at the United States District Court, Southern District of New York, 40 Foley Square, New York, New York 10007-1312, Plaintiffs' Lead Counsel will and hereby do move the Court for an order granting final approval of the Settlements between Plaintiffs and (1) Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., Barclays Capital Securities Limited, Barclays Bank México, S.A., Institución de Banca Múltiple, Grupo Financiero Barclays México, and Grupo Financiero Barclays México, S.A. de C.V. (collectively, "Barclays") and (2) JPMorgan Chase & Co., J.P. Morgan Broker-Dealer Holdings Inc., J.P. Morgan Securities LLC, JPMorgan Chase Bank, National Association, Banco J.P. Morgan, S.A. Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, and J.P. Morgan Securities PLC (collectively, "JPMorgan") and other such relief as the Court shall set forth.

The grounds for this Motion are set forth in and based on the accompany memorandum of law and supporting papers filed herewith, along with the argument of counsel, all other materials presented before or during the hearing on this Motion, and any other evidence and argument the Court may consider.

Dated: September 9, 2021　　　　　　　　Respectfully submitted,
White Plains, New York

　　　　　　　　　　　　　　　　　　　　LOWEY DANNENBERG P.C.

　　　　　　　　　　　　　　　　　　　　/s/*Vincent Briganti*
　　　　　　　　　　　　　　　　　　　　Vincent Briganti
　　　　　　　　　　　　　　　　　　　　Christian Levis
　　　　　　　　　　　　　　　　　　　　Roland R. St. Louis, III
　　　　　　　　　　　　　　　　　　　　44 South Broadway
　　　　　　　　　　　　　　　　　　　　White Plains, NY 10601
　　　　　　　　　　　　　　　　　　　　Tel.: (914) 997-0500
　　　　　　　　　　　　　　　　　　　　Fax: (914) 997-0035
　　　　　　　　　　　　　　　　　　　　Email: vbriganti@lowey.com

clevis@lowey.com
rstlouis@lowey.com

Charles Kopel
100 Front Street, Suite 520
West Conshohocken, PA 19428
Tel: (215) 399-4783
Fax: (914) 997-0035
Email: ckopel@lowey.com

*Plaintiffs' Lead Counsel*

Joseph J. Tabacco, Jr.
Todd Seaver
BERMAN TABACCO
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Tel.: (415) 433-3200
Fax: (415) 433-6382
Email: jtabacco@bermantabacco.com
       tseaver@bermantabacco.com

Patrick T. Egan
BERMAN TABACCO
One Liberty Square
Boston, MA 02109
Tel.: (617) 542-8300
Fax: (617)542-1194
Email: pegan@bermantabacco.com

Christopher M. Burke
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: (619) 233-4565
Fax: (619) 233-0508
Email: cburke@scott-scott.com

Thomas K. Boardman
SCOTT+SCOTT
ATTORNEYS AT LAW LLP
230 Park Avenue, 17th Floor
New York, NY 10169
Tel.: (212) 519-0523
Fax: (212) 223-6334

Email: tboardman@scott-scott.com

Fred T. Isquith
Thomas H. Burt
Betsy S. Manifold
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600
Email: isquith@whafh.com
      burt@whafh.com
      manifold@whafh.com

Scott Martin
HAUSFELD LLP
33 Whitehall Street
14th Floor
New York, NY 10004
Tel.: (646) 357-1100
Fax: (212) 202-4322
Email: smartin@hausfeld.com

Michael D. Hausfeld
Hilary K. Scherrer
HAUSFELD LLP
1700 K Street, NW
Washington, DC 20006
Tel.: (202) 540-7200
Fax: (202) 540-7201
Email: mhausfeld@hausfeld.com
      hscherrer@hausfeld.com

Michael P. Lehmann
HAUSFELD LLP
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
Tel.: (415) 633-1908
Fax: (415) 358-4980
Email: mlehmann@hausfeld.com

Lesley E. Weaver
Matthew S. Weiler
Emily C. Aldridge

BLEICHMAR FONTI & AULD LLP
555 12th Street, Suite 1600
Oakland, CA 94607
Tel.: (415) 445-4003
Fax: (415) 445-4020
Email: lweaver@bfalaw.com
    mweiler@bfalaw.com
    ealdridge@bfalaw.com

Javier Bleichmar
BLEICHMAR FONTI & AULD LLP
7 Times Square, 27th Floor
New York, NY 10036
Tel.: (212) 789-1340
Fax: (212) 205-3960
Email: jbleichmar@bfalaw.com

Regina M. Calcaterra
CALCATERRA POLLACK LLP
1140 Avenue of the Americas,
9th Floor
New York, NY 10036
Tel.: (212) 899-1760
Email: rcalcaterra@calcaterrapollack.com

John Radice
Daniel Rubenstein
RADICE LAW FIRM, P.C.
34 Sunset Blvd.
Long Beach, NJ 08008
Tel.: (646) 245-8502
Fax: (609) 385-0745
Email: jradice@radicelawfirm.com
     drubenstein@radicelawfirm.com

Eric L. Young
SHEPHERD FINKELMAN
MILLER & SHAH, LLP
35 East State Street
Media, PA 19063
Tel.: (610) 891-9880
Fax: (866) 300-7367
Email: eyoung@sfmslaw.com

William J. Ban
Michael A. Toomey

5

BARRACK, RODOS & BACINE
11 Times Square
640 8th Avenue, 10th Floor
New York, NY 10036
Tel.: (212) 688-0782
Fax: (212) 688-0782
Email: wban@barrack.com
      mtoomey@barrack.com

Jeffrey A. Barrack
Jeffrey B. Gittleman
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
Email: jbarrack@barrack.com
      jgittleman@barrack.com

*Plaintiffs' Counsel*