# SHEARMAN & STERLING LLP

599 Lexington Avenue
New York, NY 10022-6069
+1.212.848.4000

ahakki@shearman.com
212.848.4924

<u>Via ECF</u>

June 15, 2022

The Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

RE: *In re Mexican Government Bonds Antitrust Litigation*, 18-cv-02830-JPO (S.D.N.Y.)

Dear Judge Oetken:

We write on behalf of the Dismissed Defendants[1] regarding Plaintiffs' letter to the Court dated June 13, 2022 (ECF No. 280) to advise the Court that, without prejudice to any rights, Dismissed Defendants do not oppose Plaintiffs' request for entry of final judgment pursuant to Rule 58(d) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ *Adam S. Hakki*

Adam S. Hakki

*Attorney for Bank of America México, S.A.,
Institución de Banca Múltiple, Grupo Financiero
Bank of America*

cc: All Counsel of Record (via ECF)

---

[1] "Dismissed Defendants" are the parties dismissed from this action per the Court's Opinion and Order of November 30, 2020 (ECF No. 222): Banco Santander (México), S.A., Institución de Banca Múltiple, Grupo Financiero Santander México; BBVA Bancomer S.A., Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer; Banco Nacional de México, S.A., Institución de Banca Múltiple, Grupo Financiero Banamex; Deutsche Bank México, S.A., Institución de Banca Múltiple; HSBC México, S.A., Institución de Banca Múltiple, Grupo Financiero HSBC; and Bank of America México, S.A., Institución de Banca Múltiple, Grupo Financiero Bank of America.

**SHEARMAN.COM**

Shearman & Sterling LLP is a limited liability partnership organized in the United States under the laws of the state of Delaware, which laws limit the personal liability of partners.