```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE MEXICAN GOVERNMENT BONDS      :
ANTITRUST LITIGATION                 :    Master Docket No. 18-cv-02830 (JPO)
                                     :
This document relates to:            :
                                     :
ALL ACTIONS                          :
                                     :
                                     :
                                     :
                                     :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

# MOTION TO WITHDRAW ADAM G. MEHES AS COUNSEL

Adam G. Mehes, Esq., having appeared as counsel on behalf of defendant BBVA Bancomer, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer ("BBVA Bancomer") in the above-captioned case, as of August 10, 2022, will no longer be affiliated with the law firm Davis Polk & Wardwell LLP. BBVA Bancomer hereby moves to withdraw Mr. Mehes' appearance as counsel in the above-captioned case and requests Mr. Mehes to be removed from all service lists, including all electronic service lists and ECF service lists. The undersigned counsel will continue to serve as counsel for BBVA Bancomer. Accordingly, the granting of this motion will not delay or otherwise materially affect the litigation.

Dated: July 27, 2022
By: */s/ Paul S. Mishkin*
Paul S. Mishkin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 450-5800
paul.mishkin@davispolk.com

*Counsel for Defendant BBVA Bancomer, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through the Court's ECF System on July 27, 2022.

*/s/ Paul S. Mishkin*
Paul S. Mishkin

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IN RE MEXICAN GOVERNMENT BONDS      :
ANTITRUST LITIGATION                 :     Master Docket No. 18-cv-02830 (JPO)
                                     :
This document relates to:            :
                                     :
ALL ACTIONS                          :
                                     :
                                     :
                                     :
                                     :
                                     :
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

# [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ADAM G. MEHES AS COUNSEL

Upon consideration of the Motion to Withdraw Adam G. Mehes as Counsel for defendant BBVA Bancomer, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer ("BBVA Bancomer") in the above-captioned case, it is hereby ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to relieve Mr. Mehes as counsel for BBVA Bancomer and remove his appearances from the docket.

SO ORDERED.

Dated: _____        _____
                                       The Hon. J. Paul Oetken
                                       United States District Judge