UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE MEXICAN GOVERNMENT
BONDS ANTITRUST LITIGATION

18-CV-2830 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The letter request at Docket Number 280 is granted. The Clerk of Court is directed to enter final judgment in this case pursuant to Rule 58 of the Federal Rules of Civil Procedure. When a court "has dismissed all of the served defendants, and only unserved defendants 'remain,' there is no reason to preclude the immediate and automatic entry of a final judgment, as there is no basis for believing that there will be any further adjudications in the action." *Cotton v. McCarthy*, 383 F. App'x 26, 27 (2d Cir. 2010) (citing *Leonhard v. United States*, 633 F.2d 599, 608 (2d Cir. 1980)). That is the case here. The Clerk shall close this case.

SO ORDERED.

Dated: August 17, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge