**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

IN RE MEXICAN GOVERNMENT BONDS
ANTITRUST LITIGATION

18 **CIVIL** 2830 (JPO)

# JUDGMENT

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 17, 2022, the letter request at Docket Number 280 is granted. Final judgment is entered in this case pursuant to Rule 58 of the Federal Rules of Civil Procedure. When a court "has dismissed all of the served defendants, and only unserved defendants 'remain,' there is no reason to preclude the immediate and automatic entry of a final judgment, as there is no basis for believing that there will be any further adjudications in the action." Cotton v. McCarthy, 383 F. App'x 26, 27 (2d Cir. 2010) (citing Leonhard v. United States, 633 F.2d 599, 608 (2d Cir. 1980)). That is the case here; accordingly, the case is closed.

**Dated:**  New York, New York

      August 17, 2022

**RUBY J. KRAJICK**
**Clerk of Court**
**BY:** *K. Mango*
**Deputy Clerk**