**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION | Master Docket No. 18-cv-02830 (JPO) |
| This document relates to:<br><br>ALL ACTIONS | |

## MOTION TO WITHDRAW JEFFREY B. GITTLEMAN AS COUNSEL

Jeffrey B. Gittleman, Esq., having appeared as counsel on behalf of plaintiff Government Employees Retirement System of the Virgin Islands ("GERSVI") in the above-captioned case, as of September 2, 2022, will no longer be affiliated with the law firm of Barrack, Rodos & Bacine. GERSVI hereby moves to withdraw Mr. Gittleman's appearance as counsel in the above-captioned case and requests Mr. Gittleman to be removed from all service lists, including all electronic service lists and ECF service lists. The remaining counsel on the docket from Barrack, Rodos & Bacine will continue to serve as counsel for GERSVI. Accordingly, the granting of this motion will not delay or otherwise materially affect the litigation.

Dated: September 1, 2022     By:   */s/ Jeffrey B. Gittleman*
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: 215-963-0600
Fax: 215-963-0838
jgittleman@barrack.com

*Counsel for Plaintiff Government Employees Retirement System of the Virgin Islands*

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through the Court's ECF System on August 1, 2022.

*/s/ Jeffrey B. Gittleman*
Jeffrey B. Gittleman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION | Master Docket No. 18-cv-02830 (JPO) |
| This document relates to:<br><br>ALL ACTIONS | |

# [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW JEFFREY B. GITTLEMAN AS COUNSEL

Upon consideration of the Motion to Withdraw Jeffrey B. Gittleman as Counsel for plaintiff Government Employees Retirement System of the Virgin Islands ("GERSVI") in the above-captioned case, it is here by ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to relieve Mr. Gittleman as counsel for GERSVI and remove his appearances from the docket.

SO ORDERED.

Dated:_____          _____
                                        The Hon. J. Paul Oetken, U.S.D.J.