UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION | 18-CV-2830 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

The letter motion at Docket Number 286 is granted.  The Clerk of Court is directed to terminate Jeffrey B. Gittleman from this action.

SO ORDERED.

Dated: September 6, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge