**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION | Master Docket No. 18-cv-02830 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## <u>MOTION TO WITHDRAW CHRISTOPHER M. BURKE AS COUNSEL</u>

Pursuant to Local Rule 1.4, Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for Plaintiffs, informs the Court that Christopher M. Burke is no longer a member of the firm and respectfully requests the withdrawal of Mr. Burke's appearance as counsel for plaintiff United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund ("UFCW Pension Fund") and further requests that Mr. Burke be removed from the ECF service list for this case.  The undersigned counsel from Scott+Scott will continue to serve as counsel for UFCW Pension Fund.  Accordingly, the granting of this motion will not delay or otherwise materially affect the litigation.

DATED:  January 19, 2023         **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

                       *s/ Thomas K. Boardman*
                       Thomas K. Boardman
                       Michelle Conston
                       **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                       The Helmsley Building
                       230 Park Avenue, 17th Floor
                       New York, NY 10169
                       Telephone:  212-223-6444
                       Facsimile:  212-223-6334
                       tboardman@scott-scott.com
                       mconston@scott-scott.com

                       *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through the Court's ECF System on January 19, 2023.

*s/ Thomas K. Boardman*
Thomas K. Boardman

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Master Docket No. 18-cv-02830

IN RE MEXICAN GOVERNMENT BONDS
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**[PROPOSED] ORDER GRANTING MOTION TO**
**WITHDRAW CHRISTOPHER M. BURKE AS COUNSEL**

Upon consideration of the Motion to Withdraw Christopher M. Burke as counsel for

plaintiff United Food and Commercial Workers Union and Participating Food Industry Employers

Tri-State Pension Fund in the above-captioned case, it is hereby ORDERED that the Motion is

GRANTED.

SO ORDERED.


Dated: _____, 2023        _____

                                   Hon. J. Paul Oetken
                                   United States District Judge