UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

MEXICAN GOVERNMENT BONDS
ANTITRUST LITIGATION

18-CV-2830

ORDER

J. PAUL OETKEN, District Judge:

In light of the Second Circuit's decision vacating this Court's dismissal, the Clerk of Court is directed to reopen this case, 18-CV-2830. The member cases consolidated with this lead case shall remain closed and "retain their separate identities." *Hall v. Hall*, 583 U.S. 59, 70-78 (2018). The parties are directed to confer and file a joint status letter on or before April 24, 2024, addressing each party's position on further proceedings.

SO ORDERED.

Dated: April 3, 2024
New York, New York

_____
J. PAUL OETKEN
United States District Judge

1