UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION<br><br>This Document Relates to All Actions | Case No. 18-cv-02830 (JPO)<br><br>ECF CASE |

# MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 1.4, Defendant BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México (formerly known as BBVA Bancomer S.A., Institución de Banca Múltiple, Grupo Financiero BBVA Bancomer) ("BBVA México"), through counsel, respectfully requests the withdrawal of the appearance of Paul S. Mishkin in the above-captioned action and respectfully requests that his name be removed from the docket and the ECF distribution list.  Davis Polk & Wardwell LLP will continue to serve as counsel for BBVA México, and no existing deadlines will be affected by this withdrawal.

Dated: January 7, 2025

Respectfully submitted,

*/s/ Sheila R. Adams James*
Sheila R. Adams James
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 450-4800
sheila.adams@davispolk.com

*Counsel for Defendant BBVA México, S.A., Institución de Banca Múltiple, Grupo Financiero BBVA México*