**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MEXICAN GOVERNMENT BONDS ANTITRUST LITIGATION | Master Docket No. 18-cv-02830 |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

**NOTICE OF PLAINTFFS' MOTION FOR ENTRY OF
AN ORDER APPROVING DISTRIBUTION OF THE NET
<u>SETTLEMENT FUNDS TO AUTHORIZED CLAIMANTS</u>**

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Jack Ewashko in Support of Plaintiffs' Motion for Entry of an Order Approving Distribution of the Net Settlement Funds to Authorized Claimants and the record herein, Plaintiffs Oklahoma Firefighters Pension & Retirement System, Electrical Workers Pension Fund Local 103, I.B.E.W., Manhattan and Bronx Surface Transit Operating Authority Pension Plan, Metropolitan Transportation Authority Defined Benefit Pension Plan Master Trust, Boston Retirement System, Southeastern Pennsylvania Transportation Authority Pension Plan, United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund, and Government Employees' Retirement System of the Virgin Islands, by and through their undersigned counsel, will move this Court, before the Honorable J. Paul Oetken, United States District Judge, at the United States District Court, Southern District of New York, 40 Foley Square, New York, N.Y. 10007-1312, on such a date and time as the Court may direct, for an order approving the administrative recommendations of the Court-approved Settlement Administrator, A.B. Data, Ltd. and the distribution of the Net Settlement Funds from the Settlements with (1) Barclays PLC, Barclays Bank PLC, Barclays Capital Inc., Barclays Capital Securities Limited, Barclays Bank México, S.A., Institución de Banca Múltiple, Grupo Financiero Barclays México, and Grupo Financiero Barclays México, S.A. de C.V., and (2) JPMorgan Chase & Co., J.P. Morgan Broker-Dealer Holdings Inc., J.P. Morgan Securities LLC, JPMorgan Chase Bank, National Association, Banco J.P. Morgan, S.A. Institución de Banca Múltiple, J.P. Morgan Grupo Financiero, and J.P. Morgan Securities plc, and granting such other relief set forth in the proposed order filed herewith.

2

Dated: March 27, 2026
    White Plains, New York

Respectfully submitted,

**LOWEY DANNENBERG P.C.**

By:    */s/ Vincent Briganti*
    Vincent Briganti
    Margaret MacLean
    Roland R. St. Louis, III
    44 South Broadway, Suite 1100
    White Plains, NY 10601
    Tel.: (914) 997-0500
    Fax: (914) 997-0035
    Email: vbriganti@lowey.com
    Email: mmaclean@lowey.com
    Email: rstlouis@lowey.com

    *Plaintiffs' Lead Counsel*